Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: SARAH MORTAZAVI - (212) 637-2520

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

Arrest Warrant is VACATED. SO ORDERED.

*[signature]*
P. Kevin Castel
United States District Judge
3/11/2020

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20 Mag. |
| Louis Grasso | ) | |
| Donato Poliseno | ) | 20 CRIM 163 |
| Conor Flynn | ) | |
| Thomas Guido III | ) | |

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Donato Poliseno ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy (adulteration and misbranding of drugs), in violation of 18 U.S.C. s 371

Date: 02/26/2020

*[signature]*
Issuing officer's signature

City and state:   New York, New York

Hon. Sarah Cave
Printed name and title

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

Date: _____

Arresting officer's signature

Printed name and title