# Law Office of
# Zachary Margulis-Ohnuma

October 30, 2020

**Via ECF and email**

Hon. P. Kevin Castel
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Application GRANTED.
SO ORDERED.
11/2/2020

_____
P. Kevin Castel
United States District Judge

RE: *U.S. v. Donato Poliseno*, 20 Cr. 163 (PKC)

Dear Judge Castel:

    This office represents Donato Poliseno in the above-captioned matter. We write to request a temporary modification of Mr. Poliseno's conditions of release to permit his travel to New Brunswick, New Jersey, on Wednesday, November 4, 2020. The purpose of the trip is to purchase products for Mr. Poliseno's Christmas tree and wreath business, which he maintains to support his family.

    Mr. Poliseno plans to travel from his home in Delaware to New Brunswick, New Jersey by car on November 4, 2020, to pick up the products. He will return directly home to Delaware on the same date.

    The Government and Pretrial Services do not object to this request. Mr. Poliseno has complied with all conditions of his release to date.

    Thank you for your attention to this matter.

Very truly yours,

*Benjamin Notterman*

Benjamin Notterman

CC: Andrew Adams (via ECF and email)

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com