UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                20 CR 163 (PKC)

       -against-                                                    ORDER

Donato Poliseno,

                            Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The application of Messrs. Margulis-Ohnuma and Ben Notterman and Ms. Medley to withdraw from the representation of Donato Poliseno is GRANTED. Louis M. Freeman is appointed from the CJA Panel to represent Mr. Poliseno and shall assist him with the preparation and submission of a Financial Affidavit.

        SO ORDERED.

                                                               P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
           August 31, 2021