# FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG
———

NADJIA LIMANI
OF COUNSEL
———

CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038
———
———
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

November 18, 2021

BY ECF
Honorable P. Kevin Castel
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

**Application GRANTED.**

**SO ORDERED.**
Dated: New York, New York
      November 18, 2021

P. Kevin Castel
United States District Judge

Re: <u>United States v. Donato Poliseno</u>
20 CR 163(PKC)

Dear Judge Castel:

     I am CJA counsel for Donato Poliseno.  As the Court is aware, there is a status conference in this matter scheduled on Monday, November 22, 2021 at 3:00PM.  I write to make two requests:

    1.   To request the Court's permission to have my associate, Nadjia Limani, who is appointed as associate counsel in this matter, appear on my behalf as I have a scheduling conflict.  On November 22, 2021, at 2:30PM, I have a scheduled appearance before Judge Glasser in <u>United States v. Brian Humphreys</u> (00 CR 397) for a resentencing.  Should Ms. Limani's appearance be acceptable to the Court, she will file a notice of appearance prior to the conference on Monday.

    2.   To permit Mr. Poliseno to appear for the conference either by video or audio because Mr. Poliseno would need to travel from his home in Delaware to the Southern District courthouse (four hours each way).

Respectfully Submitted,

/s/ Louis M. Freeman
_____

Louis M. Freeman