## FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG
———
NADJIA LIMANI
OF COUNSEL
———
CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038
———
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

Application denied.
SO ORDERED.
Dated: 1/28/2022

January 27, 2022

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

**BY ECF**
Honorable P. Kevin Castel
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Donato Poliseno**
**20 CR 163(PKC)**

Dear Judge Castel:

I represent Donato Poliseno and write to you on his behalf. As the Court is aware, there is a status conference in this matter scheduled on Tuesday, February 1, 2022 at 2:00 PM. I write to request permission for Mr. Poliseno to appear for the conference either by video or audio because Mr. Poliseno would need to travel from his home in Delaware to the Southern District courthouse (four hours each way). I will be present in court for the conference

Respectfully Submitted,

/s/ Louis M. Freeman
_____
Louis M. Freeman