# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN<br>THOMAS H. NOOTER<br>LEE A. GINSBERG<br>_____ | 75 MAIDEN LANE<br>SUITE 503<br>NEW YORK, N.Y. 10038<br>_____ |
| NADJIA LIMANI<br>OF COUNSEL<br>_____<br>CHARLENE RAMOS<br>OFFICE MANAGER | ___<br>(212) 608-0808<br>TELECOPIER (212) 962-9696<br>E-MAIL: FNGLAW@AOL.COM<br>WWW.FNGLAW.COM |

May 16, 2021

BY ECF
Honorable P. Kevin Castel
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

> Application GRANTED.
> Plea hearing will be held via video conference. Video access details will be provided to counsel by e-mail. The public may access the audio broadcast of the proceeding (Dial-in: 1-888-363-4749; Access code: 3667981).
> SO ORDERED.
> Date: 5/16/2022     /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re: <u>United States v. Donato Poliseno</u>
    20 CR 163(PKC)

Dear Judge Castel:

     We were informed late in the day on Friday, May 13, 2022 by Your Honor's Deputy Clerk that Mr. Poliseno's change of plea hearing has been scheduled for tomorrow morning at 11:00AM. We write to request that Mr. Poliseno be able to appear remotely as he currently suffers from cardiac issues and lives in Delaware approximately four hours away from the Southern District courthouse by car. Undersigned counsel can appear by video or in-person, whichever the Court prefers.

     The Government, by AUSA Sarah Mortazavi consents to this request.

Respectfully Submitted,

/s/ Louis M. Freeman
_____
Louis M. Freeman