# FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER | SUITE 907 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

(212) 608-0808

TELECOPIER (212) 962-9696

E-MAIL: FNGLAW@AOL.COM

WWW.FNGLAW.COM

November 23, 2022

BY ECF
Honorable P. Kevin Castel
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

> Sentencing is adjourned from December 6, 2022 to January 25, 2023 at 11:00 a.m.
> SO ORDERED.
> Dated: 11/28/2022
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re: United States v. Donato Poliseno
    20 CR 163(PKC)

Dear Judge Castel:

    We write to request an adjournment of Donato Poliseno's sentencing date, which is currently scheduled for December 6, 2022. On August 9, 2022, we wrote to Your Honor informing the Court that Mr. Poliseno was scheduled to undergo coronary bypass surgery on August 16, 2022 . However, this surgery was postponed due to Mr Poliseno's artery plaque levels. On October 20, 2022, we wrote to inform Your Honor that Mr. Poliseno was receiving chelation therapy in an effort to lower the lead levels in his arteries so the surgery can ultimately be performed. Earlier this week, we received a letter from Mr Poliseno's doctor with an update regarding his chelation therapy. A copy of this letter is attached as Exhibit A. According to Delaware Integrative Medicine, Mr. Poliseno has undergone six chelation therapy treatments and needs nine more treatments before they can reassess his ability to have the coronary bypass surgery. Because these treatments are scheduled approximately every two weeks, Mr. Poliseno will be re-assessed for surgery approximately at the end of March 2023.

    However, given the parties' interest in proceeding to sentence and providing Mr. Poliseno with finality regarding this matter, we request an adjournment to January 25, 2023 with an extended surrender date to allow Mr. Poliseno to complete his chelation therapy and bypass surgery (if applicable). The Government, by AUSA Sarah Mortazavi, has no objection to this request.

Respectfully Submitted,

/s/ Louis M. Freeman
Louis M. Freeman