UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

               - V -                                          **ORDER**
                                                                        20 CR 163 (PKC)

DONATO POLISENO,

                        Defendant.

-------------------------------------------------------X

      Upon the application of LOUIS M. FREEMAN, counsel for defendant DONATO POLISENO,

      IT IS HEREBY ORDERED that,

      the SOUTHERN DISTRICT PRETRIAL SERVICES AGENCY is directed to return defendant DONATO POLISENO'S passport forthwith.

DATED: New York, New York
           October 4, 2023

                                                                     HON. P. KEVIN CASTEL